**Robert Matthew BLACK,**
**Plaintiff–Appellant,**

v.

**Stan BURTT, Warden of Lieber Correctional Institution; Nurse Allen, Nurse at Lieber Correctional Institution, Defendants–Appellees.**

No. 06–6910.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2006.

Decided: Dec. 12, 2006.

Robert Matthew Black, Appellant Pro Se. Norma Anne Turner Jett, Ness, Jett & Tanner, Bamberg, South Carolina, for Appellees.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Matthew Black appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motions to amend the complaint and to compel discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Black v. Burtt*, No. 3:05–cv–02222–HMH (D.S.C. Apr. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*